PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                                              Crim No. 2:21CR00148

Jose Angel Guzman

On November 21, 2019 the above named was placed on supervised release for a period of five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. The U.S Attorney's Office has no opposition to early termination. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2023.11.14 09:30:25 -08'00'

Briana Casey
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this   14   day of   November   ,2023

Gloria M. Navarro
United States District Judge